# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **CRAIG ALAN NEIL** | **CIVIL ACTION NO. 09-167** |
| **VS.** | **SECTION P** |
| **DAVID T. SCHLUETER, ET AL** | **JUDGE MELANÇON** <br> **MAGISTRATE JUDGE METHVIN** |

## **JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's motion to transfer [Doc. #2] be **GRANTED** and his civil rights complaint be **TRANSFERRED** to the United States District Court for the Eastern District of Louisiana.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 15th day of June, 2009.

Tucker Melançon
United States District Judge