UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRAIG ALAN NEIL | CIVIL ACTION |
| VERSUS | NO. 09-4136 |
| DAVID T. SCHLUETER, ET AL | SECTION "B"(4) |

**O R D E R**

The court, having considered the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Craig Alan Neil's 42 U.S.C. § 1983 claims against the defendants, the Kenner Police Department and the City of Kenner, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 2nd day of February, 2010.

UNITED STATES DISTRICT JUDGE