UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRAIG ALAN NEIL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-4136** |
| **DAVID T. SCHLUETER, ET AL.** | **SECTION "B" (4)** |

## ORDER

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the **MOTION TO DISMISS (Record Document Number 38)** is hereby **GRANTED**

New Orleans, Louisiana, this 20th day of July, 2011.

UNITED STATES DISTRICT JUDGE